# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANN E. HUFFERT,

        **Plaintiff,**

-vs-                                            Case No. 6:06-cv-1776-Orl-31UAM

COMMISSIONER OF SOCIAL SECURITY,

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint for Denial of Social Security Benefits (Doc. No. 1) filed November 20, 2006.

On November 8, 2007, the United States Magistrate Judge issued a report (Doc. No. 15) recommending that the decision of the Administrative Law Judge be reversed, and the case be remanded pursuant to sentence four for further proceedings. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** pursuant to sentence four and the case is remanded for further proceedings consistent with the Report and Recommendation.

3. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 29, 2007.

Copies furnished to:
Counsel of Record
Unrepresented Party

                                                       GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE