**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANN E. HUFFERT,**
                 **Plaintiff,**

**-vs-**                                                 **Case No. 6:06-cv-1776-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**
                 **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S PETITION FOR ATTORNEY FEES (Doc. No. 22)** |
| **FILED:** | **February 8, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On January 4, 2008, a judgment was entered remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 20, 21. Plaintiff now moves for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Plaintiff requests attorneys' fees in the amount of $4,771.45, calculated at the rate of $161.85 per hour for the 2.3 hours (totaling $372.25) of work in 2006 and $167.27 per hour for the combined hours of 26.3

(totaling $4,399.20)[1] of work in 2007.  The Plaintiff complied with Rule 3.01(g) and states that the Commissioner does not object to the payment of the fees as set forth. It is therefore

**RECOMMENDED** that the Plaintiff's Petition for Attorney Fees be **GRANTED**, and the Commissioner should be ordered to pay attorneys' fee of $4,771.45, pursuant to the EAJA.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 19, 2008.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

---

[1] Richard A. Culbertson worked 7.3 hours in 2007 and Thomas S. Rice worked 19 hours in 2007, totaling 26.3 hours.