# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANN E. HUFFERT,

        Plaintiff,

-vs-                                      Case No. 6:06-cv-1776-Orl-31GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____

## ORDER

This cause comes before the Court on Plaintiff's Petition for Attorney's Fees (Doc. No. 22) filed February 8, 2008.

On February 19, 2008, the United States Magistrate Judge issued a report (Doc. No. 23) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Petition for Attorney's Fees pursuant to the Equal Access Justice Act is **GRANTED**.

3. The clerk is directed to enter Judgment in favor of the Plaintiff Anne H. Huffert in the total amount of $4,771.45

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 10th day of March, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE